# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-1692

———————

| | | |
|---|---|---|
| Lloyd R. Trackwell, | * | |
| | * | |
| Appellant, | * | Appeal from the United |
| | * | States District Court for |
| v. | * | the District of Nebraska. |
| | * | |
| State of Nebraska, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted:  December 13, 2004
Filed:  April 19, 2005

———————

Before MORRIS SHEPPARD ARNOLD, BEAM, and RILEY, Circuit Judges.

———————

PER CURIAM.

For the reasons adequately set forth in the district court's order of January 28, 2004, and because a defendant may seek coram nobis relief only from the court that rendered judgment, Obado v. New Jersey, 328 F.3d 716, 718 (3d Cir. 2003), we lack jurisdiction.  Accordingly, we dismiss the appeal.[1]

————————————————

————————————————

[1]Appellant's motion for leave to file amended pleading in aid of jurisdiction is hereby granted.